IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JEFFREY W. HOPKINS,**

    **Petitioner,**

v.                                          Case No. 5:12cv401-MW/CJK

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate Judge's Report and Recommendation, ECF No. 79, along with Petitioner's Objection to the report, ECF No. 80. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's renewed motion to dismiss, ECF No. 55, is **GRANTED**. The amended petition for writ of habeas corpus, ECF No. 13, challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Jeffrey Wayne Hopkins* in the Circuit Court for Bay County, Florida, Case No. 07-CF-30145, is

**DISMISSED with prejudice**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on May 28, 2015.**

s/Mark E. Walker              
**United States District Judge**
